DeARCY HALL, J.

ORIGINAL

CV 19-5856

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT

for the

EASTERN District of New York

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y.
★ OCT 15 2019 ★
BROOKLYN OFFICE

Charles VICTOR 19A1440
*Petitioner*

v.

U.S. PAROLE COMMISSION
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. ______________
*(Supplied by Clerk of Court)*

RECEIVED OCT 15 2019 PRO SE OFFICE

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: Charles ANTHONY VICTOR
   (b) Other names you have used: N/A
2. Place of confinement:
   (a) Name of institution: Mid-state CorrecTIONAL FACility
   (b) Address: P.O. Box 2500 MARCY, N.Y. 13403-5000
   (c) Your identification number: 19A1440
3. Are you currently being held on orders by:
   ☑ Federal authorities ☐ State authorities ☑ Other - explain:
   Serving a state Sentence for Criminal Sale Controlled Substance 3°
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Kings COUNTY COURT Brooklyn New YORK
   (b) Docket number of criminal case: 03645N-2018
   (c) Date of sentencing: 4/9/2019
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

**Decision or Action You Are Challenging**

5. What are you challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☑ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☑ Other *(explain)*: The Violation OF Probation detainer warrant Was lodged Against relator Since 20 Novembe 2018

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: United States Sentencing Commission

(b) Docket number, case number, or opinion number: WARRANT # 05923975

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

(d) Date of the decision or action: 20 November 2018

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not appeal: There has not been any notification or process initiated from the U.S. Sentencing Commission.

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised: N/A

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result: N/A

(6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes ☐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes ☑ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised: N/A

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☑ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result: N/A

(5) Date of result:

(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: The remedy under 28 U.S.C. §2255 is the proper statutory provision to seek relief from being held in limbo beyond the statutory timeframe the U.S. Sentencing Commission is allotted to take action on a Federal Probation Violation Warrant.

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes ☐ No

If "Yes," provide:

(a) Date you were taken into immigration custody:

(b) Date of the removal or reinstatement order:

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Date of filing:

(2) Case number:

(3) Result:

(4) Date of result:

(5) Issues raised: N/A

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court: N/A

(2) Date of filing:

(3) Case number:

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

N/A

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application: ______

(b) Name of the authority, agency, or court: ______

(c) Date of filing: ______

(d) Docket number, case number, or opinion number: ______

(e) Result: ______

(f) Date of result: ______

(g) Issues raised: ______

N/A

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** PURSUANT TO TITLE 18 UNITED STATES CODE § 4214(b)(1). The U.S. PAROLE COMMISSION is statutorily required to review a Probation violation Warrant within 180 days of its issuance. In the instant case the warrant was lodged on

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

November 16, 2018. It is now practically 1 year hence. Thus Mr Victor has been deprived of his due process right of being notified by the reviewing authority and the assistance of Appointed Counsel if requested to prepare his written response.

(b) Did you present Ground One in all appeals that were available to you?

☐ Yes ☐ No

**GROUND TWO:** __________________________________________________________________________________________

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes ☐ No

**GROUND THREE:** __________________________________________________________________________________________

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes ☐ No

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: MR. Victor wants to be afforded his due process rights to answer the charge(s) lodged against him and be sentenced in accordance with the applicable laws governing violating Federal Probation. And to have this time to run concurrent to the State sentence his is now serving.

**VERIFICATION**

STATE OF NEW YORK )
) ss:
COUNTY OF ONEIDA )

I, Charles Victor, being duly sworn, state:

I am the petitioner in this action. I have read, and I am familiar with, the contents of the foregoing Federal HABEAS Corpus 28 USC § 2241

and the content thereof is true to my own knowledge, except as to matters therein stated on information and belief and as to those matters I believe them to be true.

Dated: OCTOBer 10, 2019
Oneida County, New York

Respectfully Submitted,
Charles Victor
Charles Victor 19A1440
Petitioner, Pro-Se
DIN: __________
Mid-State Correctional Facility
9005 Old River Road,
P.O. Box 2500
Marcy, New York 13403-2500

Sworn to and subscribed before me
this 10th day of OCTOBer, 2019

Notary Public

Loriane A. Dubinsky
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01DU6200527
Qualified in Oneida County
Commission Expires 4/20/2021